Submitted April 11, affirmed May 11, petition for review denied
September 1, 2022 (370 Or 212)

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

GARY EUGENE CARLSON,
*Defendant-Appellant.*

Yamhill County Circuit Court
20CN01231, 20CN02179;
A175016 (Control), A175017

510 P3d 289

John L. Collins, Judge.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Nora Coon, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Robert M. Wilsey, Assistant Attorney General, filed the brief for respondent.

Before Powers, Presiding Judge, and Lagesen, Chief Judge, and Hellman, Judge.

PER CURIAM

Affirmed. *State v. Copeland*, 353 Or 816, 306 P3d 610 (2013).